United States Bankruptcy Court
District of Puerto Rico

IN RE:                                          Case No. **10-02298 ESL**

**PAGAN CARRER, ROSA ANTONIA**                Chapter **13**

Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____            ☒ AMENDED PLAN DATED: **6/02/2010**
☐ PRE ☐ POST-CONFIRMATION            Filed by: ☒ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | | | |
|---|---|---|---|---|
| $ **600.00** x | **11** = $ | **6,600.00** |
| $ **800.00** x | **5** = $ | **4,000.00** |
| $ **900.00** x | **9** = $ | **8,100.00** |
| $ **1,220.00** x | **35** = $ | **42,700.00** |
| $ _____ x | _____ = $ |

TOTAL: $ **61,400.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **61,400.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $ **2,900.00**

Signed: _____
         Debtor

_____
         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR    $ _____

B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☒ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☒ Trustee pays secured ARREARS:
Cr. **DORAL BANK**    Cr. _____    Cr. _____
# _____    # _____    # _____
$ **18,554.15**    $ _____    $ _____

2. ☒ Trustee pays IN FULL Secured Claims:
Cr. **ASOCIACION DE CO**   Cr. **EDUCOOP**    Cr. _____
# **APTO. 602**    # **04165510**    # _____
$ **4,417.65**    $ **17,479.16**    $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____

4. ☒ Debtor SURRENDERS COLLATERAL to Lien Holder:
**EDUCOOP**

5. ☐ Other:

6. ☒ Debtor otherwise maintains regular payments directly to:
**DORAL BANK**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)

D. UNSECURED CLAIMS: Plan ☐ Classifies ☒ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other:
                 ☐ Paid 100% / ☐ Other:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.

PLAN WILL INCREASE WHEN DEBTOR PAYSOFF RETIRO LOANS.

ADEQUATE PROTECTION PAYMENT TO EDUCOOP (AUTO LOAN) UNTIL CONFIRMATION $100.00 TO BE PAID BY TRUSTEE MONTHLY.

INSURANCE TO EDUCOOP (AUTO LOAN) THROUGH TRIPLE S AT THE END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF $480.00 DISBURSEMENT TO TRIPLE S INSURANCE TO BEGIN AT END OF THE SALES CONTRACT ON MARCH 2014

/S/ MARILYN VALDES ORTEGA

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**          Phone: **(787) 758-4400**

AMENDED CHAPTER 13 PAYMENT PLAN

IN THE UNITED STATES BANKRUPTCY COURT
                       FOR THE DISTRICT OF PUERTO RICO

| IN RE:                          | CASE NUM.: 10-02298 ESL  |
| ROSA ANTONIA PAGAN CARRER       |                          |
|                                 | CHAPTER 13 (ASSET CASE)  |
| Debtor(s)                       |                          |

                            CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

   **COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

   1.   The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **AMENDED PLAN DATED 06/02/2010.**

   **WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of this service.

   In San Juan, Puerto Rico, this 2ND day of June, 2010.

   **I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.**, US Trustee **Monsita Lecaroz Arribas** and I hereby certify that I have mailed by regular mail to all creditors listed on the Master Address List.

                              RESPECTFULLY SUBMITTED.

                              /S/MARILYN VALDES ORTEGA
                              **MARILYN VALDES ORTEGA**
                              USDC PR 214711
                              P.O.Box 195596
                              San Juan, PR 00919-5596
                              Tel. (787) 758-4400
                              Fax. (787) 763-0144

```
Label Matrix for local noticing                EDUCOOP                                          RELIABLE FINANCIAL SERVICES
0104-3                                          C/O CANCIO NADAL RIVERA & DIAZ                  CARLOS E PEREZ PASTRANA
Case 10-02298-ESL13                             PO BOX 364966                                   PO BOX 21382
District of Puerto Rico                         SAN JUAN, PR 00936-4966                         SAN JUAN, PR 00928-1382
Old San Juan
Wed Jun  2 11:15:26 AST 2010

US Bankruptcy Court District of P.R.            ASOCIACION DE CONDOMINES                        AT & T
U.S. Post Office and Courthouse Building        CONDOMINIO CITY CENTER                          700 LONGWATER DR.
300 Recinto Sur Street, Room 109                155 CALLE TAFF                                  NORWELL, MA 02061-1624
San Juan, PR 00901-1964                         SAN JUAN, PR 00911-2087


AT & T                                          CENTENIAL DE PUERTO RICO                        CENTENNIAL
PO BOX 15067                                    PO BOX 71514                                    PO BOX 15391
SAN JUAN, PR  00902-8567                        SAN JUAN, PR 00936-8614                         WILMINGTON, DE 19850-5391


CITIBANK                                        DEPARTAMENTO DE EDUCACION                       DEPARTAMENTO DE HACIENDA
PO BOX 740281                                   AVE. TENIENTE CESAR GONZALEZ                    PASEO COVADONGA, NUM. 10
HOUSTON, TX 77274-0281                          ESQINA CALAF                                    EDIF. INTENDENTE RAMIREZ
                                                HATO REY, PR  00919                             SAN JUAN, PR 00901-2613


DEPARTAMENTO DEL TRABAJO                        DORAL BANK                                      EDUCOOP
AVE. MUOZ RIVERA 505                            PO BOX  71528                                   Cancio, Nadal, Rivera & Diaz, PSC
HATO REY, PR 00918-3352                         SAN JUAN, PR  00936-8628                        PO Box 364966
                                                                                                San Juan, PR  00936-4966


EDUCOOP                                         FEDERAL LITIGATION DEPT OF JUSTICE              GE MONEY BANK
PO BOX 192770                                   PO BOX 9020192                                  JC PENNEY
SAN JUAN, PR 00919-2770                         SAN JUAN, PR  00902-0192                        PO BOX 981402
                                                                                                EL PASO, TX 79998-1402


GE MONEY BANK                                   JC PENNEY                                       LCDO. ORLANDO A PINEIRO VEGA
JC PENNEY PR                                    PO BOX 960090                                   133 CALLE EBRO
PO BOX 364788                                   ORLANDO, FL  32896-0090                         URB EL PARAISO
SAN JUAN, PR 00936-4788                                                                         SAN JUAN, PR 00926-2807


PR ACQUISITIONS LLC                             PR TELEPHONE CO                                 RELIABLE FINANCIAL SERVICES
250 MUNOZ RIVERA AVENUE SUITE 1200              PO BOX 360998                                   PO BOX 21382
HATO REY PR 00918-1814                          SAN JUAN, PR  00936-0998                        SAN JUAN PR 00928-1382


SEARS                                           SPRINT                                          JOSE RAMON CARRION MORALES
PO BOX 183081                                   PO BOX 20040                                    PO BOX 9023884
COLUMBUS, OH  43218-3081                        SAN JUAN, PR  00928-0040                        SAN JUAN, PR 00902-3884


MARILYN VALDES ORTEGA                           MONSITA LECAROZ ARRIBAS                         ROSA ANTONIA PAGAN CARRER
VALDES-ORTEGA                                   OFFICE OF THE US TRUSTEE (UST)                  PO BOX 361795
P O BOX 195596                                  OCHOA BUILDING                                  SAN JUAN, PR 00936-1795
SAN JUAN, PR 00919-5596                         500 TANCA STREET  SUITE 301
                                                SAN JUAN, PR 00901-1938
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PAGAN CARRER, ROSA ANTONIA

End of Label Matrix
Mailable recipients   29
Bypassed recipients    1
Total                 30