# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NUMBER: 10-02298 (ESL) |
|---|---|
| ROSA A. PAGAN CARREAR | |
| DEBTOR(S) | CHAPTER 13 ASSET CASE) |

**DEBTOR'S MOTION UNDER SECTION 1329 OF THE BANKRUPTCY CODE**

**THE HONORABLE COURT:**

**COMES NOW,** Debtor (s) through the undersigned attorney and respectfully ALLEGES and PRAYS:

1. That debtor (s) filed and circulated a MODIFIED PLAN to all parties in interest.

2. That the modification is based in that the Debtor (s) wants to amend their plan in order to:

   **a. In order to provide for arrears with Chapter 13 plan.**

3. Debtor (s) amend plan call five(5) payment of $600.00, one (1) payment of $0.00, five (5) payments of $600.00, five (5) payments of $800.00, nine (9) payments of $900.00 and thirty five(35) payments of $1,220.00 for a total base of $60,800.00 dollars with a provision for the payment of pre petition arrears to Doral Bank, pays in full Asociacion de Condomines and Educoop and the Surrenders Shares to Educoop.

4. Debtor (s) are still is interested in continuing with the bankruptcy procedures and proof if the amendment of the plan in order to comply with the disbursement schedules.

**WHEREFORE,** Debtor (s) respectfully request from this Honorable Court to accept this motion and grant debtor (s) the opportunity to modify the confirmed plan according to 11 US 1329 and provide any other remedy it may deem appropriate.

**NOTICE**

"Parties in interest are notified the have twenty one (21) days to reject a proposed modification of a plan and request a hearing. If no opposition is filed within the prescribed period of time, the Court will enter and order granting the motion upon the filing of a certificated of service by the movant that adequate notice was given. Should and apposition be timely filed. The Court will schedule the motion for a hearing as a contested matter. Absent good cause, untimely rejections shall be denied".

In San Juan, Puerto Rico, this 13th, day of September, 2010.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

**/s/ Marilyn Valdes Ortega**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                         Case No. **10-02298 ESL**

**PAGAN CARRER, ROSA ANTONIA**                    Chapter **13**
                       Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: **9/13/2010**
☐ PRE ☐ POST-CONFIRMATION                  Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | | | |
|---|---|---|---|---|
| $ 600.00 | x | 5 | = $ | 3,000.00 |
| $ 0.00 | x | 1 | = $ | 0.00 |
| $ 600.00 | x | 5 | = $ | 3,000.00 |
| $ 800.00 | x | 5 | = $ | 4,000.00 |
| $ 900.00 | x | 9 | = $ | 8,100.00 |
| $ 1,220.00 | x | 35 | = $ | 42,700.00 |
| | | TOTAL: | $ | 60,800.00 |

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **60,800.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $ **2,900.00**
Additional Fees $ **350.00**
Total: $ **3,250.00**

Signed: **/s/ ROSA ANTONIA PAGAN CARRER**
         Debtor

         Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**       Phone: **(787) 758-4400**

AMENDED CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL BANK**    Cr. _____    Cr. _____
# _____    # _____    # _____
$ **18,554.15**    $ _____    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **ASOCIACION DE CO** Cr. **EDUCOOP**    Cr. _____
# **APTO. 602**    # **04165510**    # _____
$ **4,417.65**    $ **17,479.16**    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
     **EDUCOOP**
5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to:
     **DORAL BANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.

PLAN WILL INCREASE WHEN DEBTOR PAYSOFF RETIRO LOANS.

ADEQUATE PROTECTION PAYMENT TO EDUCOOP (AUTO LOAN) UNTIL CONFIRMATION $100.00 TO BE PAID BY TRUSTEE MONTHLY.

INSURANCE TO EDUCOOP (AUTO LOAN) THROUGH TRIPLE S AT THE END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF $480.00 DISBURSEMENT TO TRIPLE S INSURANCE TO BEGIN AT END OF THE SALES CONTRACT ON MARCH 2014

| | | |
|---|---|---|
| PAGAN CARRER, ROSA ANTONIA<br>PO BOX 361795<br>SAN JUAN, PR 00936 | DEPARTAMENTO DEL TRABAJO<br>AVE. MUÑOZ RIVERA 505<br>HATO REY, PR 00918 | SEARS<br>PO BOX 183081<br>COLUMBUS, OH 43218-3081 |
| Marilyn Valdes Ortega Law Offices<br>PO BOX 19596<br>SAN JUAN, PR 00919-5596 | DORAL BANK<br>PO BOX 71528<br>SAN JUAN, PR 00936-8628 | SPRINT<br>PO BOX 20040<br>SAN JUAN, PR 00928-0040 |
| ASOCIACION DE CONDOMINES<br>CONDOMINIO CITY CENTER<br>155 CALLE TAFF<br>SASN JUAN, PR 00911 | EDUCOOP<br>PO BOX 192770<br>SAN JUAN, PR 00919-2770 | |
| AT & T<br>PO BOX 15067<br>SAN JUAN, PR 00902-8567 | FEDERAL LITIGATION DEPT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 | |
| AT & T<br>700 LONGWATER DR.<br>NORWELL, MA 02061 | GE MONEY BANK<br>JC PENNEY<br>PO BOX 981402<br>EL PASO, TX 79998 | |
| CENTENIAL DE PUERTO RICO<br>PO BOX 71514<br>SAN JUAN, PR 00936 | GE MONEY BANK<br>JC PENNEY PR<br>PO BOX 364788<br>SAN JUAN, PR 00936 | |
| CENTENNIAL<br>PO BOX 15391<br>WILMINGTON, DE 19850 | JC PENNEY<br>PO BOX 960090<br>ORLANDO, FL 32896-0090 | |
| CITIBANK<br>PO BOX 740281<br>HOUSTON, TX 77274 | LCDO. ORLANDO A. PINEIRO VEGA<br>133 CALLE EBRO, URB. EL PARAISO<br>SAN JUAN, PR 00926 | |
| DEPARTAMENTO DE EDUCACION<br>AVE. TENIENTE CESAR GONZALEZ<br>ESQINA CALAF<br>HATO REY, PR 00919 | PR TELEPHONE CO<br>PO BOX 360998<br>SAN JUAN, PR 00936-0998 | |
| DEPARTAMENTO DE HACIENDA<br>PASEO COVADONGA, NUM. 10<br>EDIF. INTENDENTE RAMIREZ<br>SAN JUAN, PR 00902-4140 | RELIABLE FINANCIAL SERVICES<br>9615 AVE. LOS ROMEROS, SUITE 1100<br>URB. MONTEHIEDRA<br>SAN JUAN, PR 00926 | |